[No. 8785–1–I.  Division One.  April 26, 1982.]

JANE E. SCHWARTZ, *Respondent,* v. THE SEATTLE
PSYCHOANALYTIC INSTITUTE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 850697, Horton Smith, J., entered April 18,
1980. *Reversed* and *remanded* by unpublished opinion per
Durham, A.C.J., concurred in by Swanson and Corbett, JJ.

[No. 9458–1–I.  Division One.  April 26, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH
W. LITTELL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–8–02232–8, Francis E. Holman, J., entered
September 26, 1980. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by Swanson and Durham, JJ.

[No. 9827–6–I.  Division One.  April 26, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. LEROY
GLEN JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–8–04699–5, Maurice Epstein, J. Pro Tem.,
entered December 18, 1980. *Affirmed* by unpublished opin-
ion per Corbett, J., concurred in by Durham, A.C.J., and
Williams, J.

[No. 8963–3–I.  Division One.  April 26, 1982.]

HOWARD–COOPER CORPORATION, *Appellant,* v. CORROON
& BLACK/DAWSON & COMPANY, INC.,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 855199, Frank J. Eberharter, J., entered May
23, 1980. *Reversed* and *remanded* by unpublished per
curiam opinion.